Case Number: 08-52570
Debtor Name: KOZLOWSKI, DONALD J. JR.

Date: December 20, 2010
PROPOSED DISTRIBUTION

FILED 2010 DEC 21 AM 11: 20
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,100.71 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $525.18 | $0.00 | $525.18 | $525.18 | $1,575.53 |
| | Marc P. Gertz<br>Trustee<br>11 S. Forge St.<br>Akron OH 44304 | Administrative | 100 | $59.20 | $0.00 | $59.20 | $59.20 | $1,516.33 |
| | Subtotals For Class Administrative 100.00% | | | $584.38 | $0.00 | $584.38 | $584.38 | |
| 1 | United Fin<br>333 Washington Blv<br>Marina Del Rey, CA 90292 | Unsecured | 300 | $250.00 | $0.00 | $250.00 | $5.57 | $1,510.76 |
| 2 | T Mobile USA Inc<br>Attn: Bankruptcy Dept.<br>PO Box 53410<br>Bellevue, Wa 98015-3410 | Unsecured | 300 | $376.05 | $0.00 | $376.05 | $8.38 | $1,502.38 |
| 3 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | 300 | $9,677.32 | $0.00 | $9,677.32 | $215.55 | $1,286.83 |
| 4 | National Credit Acceptance<br>1731 Howe Ave. #254<br>Sacramento, CA 95825 | Unsecured | 300 | $724.13 | $0.00 | $724.13 | $16.13 | $1,270.70 |
| 5 | NATIONAL CITY<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | 300 | $27,257.48 | $0.00 | $27,257.48 | $607.11 | $663.59 |
| 6 | Chase Bank USA,N.A<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | 300 | $683.70 | $0.00 | $683.70 | $15.23 | $648.36 |
| 7 | Ohio Behavioral Health<br>2795 Front Street<br>Cuyahoga Falls, OH 44221 | Unsecured | 300 | $77.62 | $0.00 | $77.62 | $1.73 (circled) *plus next page* | $646.63 |
| 8 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba OLD NAVY<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $300.53 | $0.00 | $300.53 | $6.69 | $639.94 |
| 9 | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM"S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | 300 | $1,597.42 | $0.00 | $1,597.42 | $35.58 | $604.36 |
| 10 | Lhr Inc<br>56 Main St<br>Hamburg, NY 14075 | Unsecured | 300 | $393.95 | $0.00 | $393.95 | $8.77 | $595.59 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | 300 | $11,769.73 | $0.00 | $11,769.73 | $262.15 | $333.44 |
| 12 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | 300 | $4,428.66 | $0.00 | $4,428.66 | $98.64 | $234.80 |
| 13 | PYOD LLC its successors and | Unsecured | 300 | $4,501.06 | $0.00 | $4,501.06 | $100.25 | $134.55 |

Date printed 12/20/2010 10:01 AM

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | | | | | | |
| 14 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | 300 | $4,358.41 | $0.00 | $4,358.41 | $97.08 | $37.47 |
| 15 | PYOD LLC its successors and assigns as assignee of Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | 300 | $1,550.03 | $0.00 | $1,550.03 | $34.52 | $2.95 |
| 16 | Ashley Funding Services LLC its successors and assigns as assignee of Laboratory Corp of America Holdings, Inc Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Unsecured | 300 | $43.29 | $0.00 | $43.29 | $0.96 | $1.99 |
| 17 | Time Warner Cable 530 S Main St suite 1751 Akron OH 44311 | Unsecured | 300 | $89.00 | $0.00 | $89.00 | $1.99 | $0.00 |
| 18 | Alltel Vativ Recovery Solutions, LLC. As Agent For Palisades/Asta Funding PO Box 19249 Sugar Land, TX 77496 | Unsecured | 350 | $1,034.98 | $0.00 | $1,034.98 | $0.00 | $0.00 |
| Subtotals For Class Unsecured | 2.19% | | | $69,113.36 | $0.00 | $69,113.36 | $1,516.33 | |
| | Totals | | | $69,697.74 | $0.00 | $69,697.74 | $2,100.71 | $0.00 |

[handwritten annotation near claim 17: "plus previous page"]

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

[handwritten at bottom:]
$4.68
ck # 1017
receipt #82019